SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
THOMAS M. NEWMAN (CTBN 422187)
Assistant United States Attorney
   9th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6805
   Fax: (415) 436-6748

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA and
V. SANTOS, Revenue Officer,

    Petitioners,

v.

JOHN L. MAHONEY,

    Respondent.

NO. CV 07 6143 MEJ

VERIFIED PETITION TO
ENFORCE INTERNAL
REVENUE SERVICE SUMMONSES

    Petitioners, the **UNITED STATES OF AMERICA** and its Revenue Officer, **V. SANTOS,** allege and petition as follows:

    1. This proceeding is brought and this Court has jurisdiction hereof under Sections 7402(b) and 7604(a) of the Internal Revenue Code (26 U.S.C. §§ 7402 and 7604).

    2. Petitioner **V. SANTOS** is and at all times mentioned herein was an employee and officer of the Internal Revenue Service of the United States Department of the Treasury authorized by the Secretary of the Treasury to perform the duties and take the actions described in Sections 7602 and 7603 of the Internal Revenue Code (26 U.S.C. §§ 7602 and 7603), under Treasury Regulations §§ 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1 and 301.7603-1).

    3. Petitioner **V. SANTOS** is and at all times mentioned herein was attempting in the course of authorized duties to determine and collect certain federal tax liabilities of **JOHN L.**

1  MAHONEY for the tax years of 1992, 1995, 1996, 1997, 1998, 1999, 2003, 2004 and 2005.

2     4.     Petitioner **V. SANTOS** is and at all times herein was attempting in the course of
3  authorized duties to have respondent produce for inspection, examination and copying by
4  petitioner certain records possessed by respondent which are relevant and material to attempt to
5  determine and collect the aforementioned federal tax liabilities of **JOHN L. MAHONEY**, for
6  the period stated in paragraph 3 above.

7     5.     Respondent **JOHN L. MAHONEY**'s last known address is 5525 McMillan
8  Street, Oakland, CA 94618, which is within the venue of this Court.

9     6.     Petitioner **V. SANTOS** is informed and believes that said respondent is in
10  possession and control of records, paper and other data regarding income and other matters
11  covered by said petitioner's inquiry and to which petitioners do not otherwise have access,
12  possession, or control.

13     7.     On September 18, 2007, in accordance with law, Petitioner **V. SANTOS** served
14  summonses on respondent **JOHN L. MAHONEY** in respect to the subject matter described in
15  paragraphs 3, 4, and 6 above, by taping an attested copy of the summonses at the last and usual
16  place of abode of the respondent **JOHN L. MAHONEY**. The requirements of said summonses
17  are self-explanatory, and the true copies thereof are attached hereto as Exhibits A and B and are
18  hereby incorporated by reference as a part of this petition.

19     8.     The items sought by the summonses described in paragraph 7 above are relevant
20  to and can reasonably be expected to assist in the determination and collection of the above-
21  mentioned federal tax liabilities of **JOHN L. MAHONEY** for the years stated in paragraph 3
22  above. It was and now is essential to completion of petitioner's inquiry regarding the
23  determination and collection of the above-mentioned federal tax liabilities of **JOHN L.**
24  **MAHONEY** for the years stated in paragraph 3 above that respondent produce the items
25  demanded by said summonses.

26     9.     The respondent did not appear on October 11, 2007, as requested in the
27  summonses.

28  ///

10. By letter dated October 24, 2007, respondent **JOHN L. MAHONEY** was provided with another opportunity to comply by appearing for an appointment with Petitioner **V. SANTOS** on November 8, 2007. See Exhibit C.

11. As of the date of this petition, the respondent has failed to comply with the summonses.

12. All administrative steps required by the Internal Revenue Code for issuance of the summonses have been taken.

13. There has been no referral to the Department of Justice for criminal prosecution of the matters described in the summonses.

**WHEREFORE**, having stated in full their petition against the respondent, petitioners pray for enforcement of the subject summonses as alleged and set forth above, as follows:

A. That the named respondent herein be ordered to appear and show cause before this Court, if any, why respondent should not be compelled by this Court under 26 U.S.C. § 7604(a) to give such testimony and to produce such items as are required in the herein above-described summonses;

B. That respondent be ordered by the Court to appear before the petitioner **V. SANTOS** or any other designated agent, at a time and place directed by the Court and then and there give such testimony and produce such items as is required by the summonses; and

C. That the Court grant the petitioner **UNITED STATES OF AMERICA** its costs in this proceeding and such other and further relief as may be necessary and proper.

SCOTT N. SCHOOLS
United States Attorney

THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

# Summons

## Collection Information Statement

In the matter of   John L. Mahoney, 5525 McMillan Street, Oakland, CA 94618
Internal Revenue Service *(Identify Division)*   Small Business/Self Employed
Industry/Area *(Identify by number or name)*   Small Business/Self Employed - SB/SE Field Area
Periods:  Ended: December 31, 1992, December 31, 1995, December 31, 1996, December 31, 1997, December 31, 1998, December 31, 1999

**The Commissioner of Internal Revenue**

**To:**  John L. Mahoney
**At:**  5525 McMillan Street, Oakland, CA 94618

You are hereby summoned and required to appear before V. Santos, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From March 1, 2007   To August 31, 2007

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

SB/SE - Field Collection Group 1000, 1301 Clay Street, Suite 1040S, Oakland, CA 94612  510-637-3126

**Place and time for appearance:** At   SB/SE - Field Collection Group 1000, 1301 Clay Street, Suite 1040S, Oakland, CA 94612

**IRS**

Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.4-2005)
Catalog Number 25000Q

on the 11th day of October, 2007 at 10:00 o'clock A.m.

Issued under authority of the Internal Revenue Code this 18th day of September, 2007

Signature of issuing officer        Revenue Officer
                                    Title

Signature of approving officer *(if applicable)*    **EXHIBIT A**    Title

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|---|---|
| 9-18-2007 | 2:14 pm |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

Taped to front door.

| Signature | Title |
|---|---|
| VB | Revenue Officer |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|---|---|
|  |  |

Catalog No. 25000Q                                      Form **6637** (Rev. 4-2005)



# Summons

In the matter of   **John L. Mahoney, 5525 McMillan Street, Oakland, CA 94618**
Internal Revenue Service (Division): **Small Business/Self Employed**
Industry/Area (name or number): **Small Business/Self Employed - SB/SE Field Area**
Periods: **Ended: December 31, 2003, December 31, 2004, December 31, 2005**

## The Commissioner of Internal Revenue

To:   **John L. Mahoney**
At:   **5525 McMillan Street, Oakland, CA 94618**

You are hereby summoned and required to appear before V. Santos, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents and records in your possession or control reflecting the receipt of taxable income by you for the year(s) **Ended: December 31, 2003, December 31, 2004, December 31, 2005**, including but not limited to: statement of wages for the year(s) **Ended: December 31, 2003, December 31, 2004, December 31, 2005**, statements regarding interest or dividend income for the year(s) **Ended: December 31, 2003, December 31, 2004, December 31, 2005**; employee earnings statements for the year(s) **Ended: December 31, 2003, December 31, 2004, December 31, 2005**; records of deposits to bank accounts during the year(s) **Ended: December 31, 2003, December 31, 2004, December 31, 2005**; and any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any other compensation for services (including gains from dealings in property, interest, rental, royalty and dividend income, alimony, annuities, income life insurance policies and endowment contracts, pensions, income from the discharge of indebtedness, distributive shares of partnership gross income, and income from an estate or trust), so that Federal Income Tax liability for the year(s) **Ended: December 31, 2003, December 31, 2004, December 31, 2005** (for which year(s) no return have been made) may be determined.

---

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**

SB/SE - Field Collection Group 1000, 1301 Clay Street, Suite 1040S, Oakland, CA 94612   510-637-3126

**Place and time for appearance at**   SB/SE - Field Collection Group 1000, 1301 Clay Street, Suite 1040S, Oakland, CA 94612

on the 11th day of October, 2007 at 10:00 o'clock A. m.

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

Issued under authority of the Internal Revenue Code this 18th day of September, 2007

_VB_ Signature of Issuing Officer

Revenue Officer — Title

Signature of Approving Officer (if applicable)   Title

**EXHIBIT B**

Original -- to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | 9-18-2007 | Time | 2:14 pm |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _taped to front door_

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

| Signature | [signed] | Title | Revenue Officer |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____    Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required.

| Signature | | Title | |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | | Title | |

Form **2039** (Rev. 12-2001)

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
160 SPEAR STREET, 9TH FLOOR
SAN FRANCISCO, CA 94105
(415) 227-5168
FAX (415) 227-5159

OCT 2 4 2007

CC:SB:7:SF:1:GL-147139-07
JMSatterfield

John L. Mahoney
5525 McMillan Street
Oakland, CA 94618

Dear Mr. Mahoney:

The Small Business/Self-Employed Area: Area Collection of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summonses served on you on September 18, 2007. A copy of each summons is enclosed. Under the terms of those summonses, you were required to appear before SB/SE Field Collection Group 1000 on October 11, 2007.

Legal proceedings may be brought against you in the United States District Court for not complying with these summonses. To avoid such proceedings, you are to appear before Revenue Officer:

>       Name:    V.B. Santos or his designee
>       Date:    November 8, 2007
>       Time:    10:00 A.M.
>       Address: 1301 Clay Street, Suite 1040S
>                Oakland, CA 94612

Any books, records or other documents called for in the summonses should be produced at that time. If you have any questions, please contact Revenue Officer V.B. Santos or his designee at (510) 637-3126.

Sincerely,

THOMAS R. MACKINSON
Associate Area Counsel (San Francisco, Group 1)
(Small Business/Self-Employed)

EXHIBIT C

INITIAL COPY
JMS 10/23/07
TJM 10/23/07
DK 10/23/07

CC:SB:7:SF:1:GL-147139-07         - 2 -

By: /S/
JASON M. SATTERFIELD
Attorney (San Francisco, Group 1)
(Small Business/Self-Employed)
State Bar No. 246432

Enclosures:
   Two summonses, each served September 18, 2007

cc: V. B. Santos, R.O.

# VERIFICATION

I, **V. SANTOS**, pursuant to 28 U.S.C. § 1746, declare and state as follows:

I am a duly employed Revenue Officer in the Oakland, California office of the Internal Revenue Service of the United States Treasury Department. I am one of the petitioners making the foregoing petition. I have read and know the entire contents of the foregoing petition, and all statements of fact contained in said petition are true to the best of my own personal knowledge and recollection, and as to those facts stated upon information and belief, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3, 2007 at Oakland, California.

_____
**V. SANTOS**