1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS M. NEWMAN (CTBN 422187)
   Assistant United States Attorney
3    9th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
4    San Francisco, California 94102
     Telephone: (415) 436-6805
5    Fax:       (415) 436-6748

6  Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and V. SANTOS, Revenue Officer,** | **Case No.: 3:07-cv-6143-MEJ** |
| **Petitioners,** | |
| v. | **MOTION FOR CONTINUANCE** |
| **JOHN L. MAHONEY,** | |
| **Respondent.** | |

Pursuant to Civil L.R. 6-3, petitioners request an extension of the March 13, 2008 Case Manage conference until April 24, 2008. (Dckt. No. 2.) Although several attempts have been made, petitioners have been unable to contact respondent in order to prepare a Case Management Statement. Moreover, petitioners' counsel is required to travel outside the district and will be unavailable from March 4-13, and requests an extension for that additional reason.

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Thomas M. Newman
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

*Motion for Continuance*
Case No. 03:07-cv-6143-MEJ

**CERTIFICATE OF SERVICE**

The undersigned further certifies that I caused a copy of the Motion to Continue and Proposed Order were served by First Class Mail on the following:

> John L. Mahoney
> 5525 McMillan Street
> Oakland, CA 94618

Executed on **February 29, 2008** at San Francisco, California.


/s/ Thomas M. Newman
THOMAS M. NEWMAN

*Motion for Continuance*
Case No. 03:07-cv-6143-MEJ