JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS M. NEWMAN (CTSBN 422187)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California  94102
 Telephone:   (415) 436-6805
 Fax:            (415) 436-6748

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and V. SANTOS, Revenue Officer,<br><br>    Petitioners,<br><br>    v.<br><br>JOHN L. MAHONEY,<br><br>    Respondent. | Case No. 3:07-cv-6143-MEJ<br><br>NOTICE OF DISMISSAL |

   Petitioners, the UNITED STATES OF AMERICA and its Revenue Officer, V. SANTOS, voluntarily dismiss the above-captioned case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney


                                        */s/Thomas M. Newman*
                                        THOMAS M. NEWMAN
                                        Assistant United States Attorneys
                                        Tax Division

Notice of Voluntary Dismissal                    1